**FILED**
CLERK, U.S. DISTRICT COURT

Oct 13, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SHOCK MANSION PTY LTD., SEAN WALSH; and DOES 1-10 INCLUSIVE, <br><br> Defendants. | Case No. 2:15-cv-01639-SVW-JPR <br> Hon. Stephen V. Wilson <br><br> [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

[PROPOSED] ORDER

1  IT IS SO ORDERED:

2  The Court, having considered the parties' Stipulation, hereby dismisses this action
3  with prejudice, with each party to bear its own attorneys' fees and costs.

5  Dated:   October 13, 2015

                                             _____
                                             Hon. Stephen V. Wilson
                                             United States District Judge